IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDREW T. FRANZONE, | § | |
| | § | No. 231, 2022 |
| Defendant Below, Appellant, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| DENNIS S. HERSCH, individually | § | |
| and in his capacity as Trustee of THE | § | C.A. No. 2020-1032 |
| LINDEN WEST TRUST; GREGORY | § | |
| A. HERSCH; FLOCAP, LLC; | § | |
| STEVEN GOLDSTONE; RICHARD | § | |
| GRAUSMAN; STUART HERSCH; | § | |
| ANGELA SKINNER; MICHAEL | § | |
| SKINNER; ANDREW STEIN; EMD | § | |
| GOLDSTONE INVESTORS, LP; | § | |
| EMD GOLDSTONE INVESTORS, | § | |
| LLC; and HKW 2018 TRUST, | § | |
| | § | |
| Plaintiffs Below, Appellees. | § | |

Submitted: December 23, 2022
Decided: February 21, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the court's May 26, 2022 transcript ruling.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice